**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Raven's Place, LLC, et al.
                            Plaintiff,

v.                                                        Case No.: 1:23−cv−00728
                                                            Honorable Mary M. Rowland

City Of Blue Island, et al.
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, April 13, 2023:

      MINUTE entry before the Honorable Mary M. Rowland: Telephonic motion hearing held. Counsel appeared telephonically. Plaintiffs' motion for default [13] is denied without prejudice. Defendants' request 14 days to file a motion to dismiss. Defendants' motion to dismiss is due on 4/27/23. This date will not be extended again. Response due 5/11/23. Reply due 6/1/23. The court will rule by mail. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.